| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kortney Leigh Ormsbee Hayes** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3781 <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Virginia | Date case filed for chapter  13  5/28/21 |
| Case number: | 21–31770–KLP | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kortney Leigh Ormsbee Hayes | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 667 South Fork Road <br> Pamplin, VA 23958 | |
| 4. | **Debtor's attorney** <br> Name and address | Amanda DeBerry Koehn <br> Boleman Law Firm, PC <br> P.O. Box 11588 <br> Richmond, VA 23230–1588 | Contact phone 804–358–9900 <br> Email: ecf@bolemanlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Carl M. Bates <br> 341 Dial 866–813–0912 Code: 8576180 <br> P. O. Box 1819 <br> Richmond, VA 23218 | Contact phone  (804) 237–6800 <br> Email:  station01@richchap13.com |

Debtor **Kortney Leigh Ormsbee Hayes**                  Case number **21–31770–KLP**

| 6. Bankruptcy clerk's office | | For the Court: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: June 1, 2021 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 804–916–2400 | |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 15, 2021** at **09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**For telephonic 341 creditors meeting, dial–in contact information see 341, notice, section 5. For updates, see, www.vaeb.uscourts.gov** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: September 13, 2021** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: August 6, 2021** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: November 24, 2021** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| 9. | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**August 11, 2021** at **09:10 AM**,<br><br>Location: **Judge Phillips' – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| 14. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, to attend meeting of creditors, or for failure to timely file a Chapter 13 plan. (Local Bankruptcy Rules 1007–1, 1007–3, 2003–1, and 3015–2.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 15. | **Manner of Payment of Fees** | Exact Change Only accepted for cash payment of fees and services. Payment may also be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Kortney Leigh Ormsbee Hayes  
    Debtor

Case No. 21-31770-KLP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: stehlem      Page 1 of 2  
Date Rcvd: Jun 01, 2021      Form ID: 309I      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kortney Leigh Ormsbee Hayes, 667 South Fork Road, Pamplin, VA 23958-3180 |
| 15666777 | | Anita Russell, 7742 Red House Rd., Appomattox, VA 24522-0000 |
| 15666780 | | Centra Health, PO Box 2496, Lynchburg, VA 24505-2496 |
| 15666781 | + | County of Prince Edward, Treasurer, P.O. Box 522, Farmville, VA 23901-0522 |
| 15666783 | + | Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 15666784 | + | Eastern Account System, 3 Corporate Drive, Danbury, CT 06810-4166 |
| 15666787 | + | Greenbrier Valley Medical Cent, 1320 Maplewood Ave, Ronceverte, WV 24970-8016 |
| 15666789 | + | Justin Hayes, 1253 Morgan Hollow, Ronceverte, WV 24970-9543 |
| 15666790 | + | Lendmark Financial, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 15666791 | + | Medexpress, P.O. Box 5508, Virginia Beach, VA 23471-0508 |
| 15666792 | + | Mountain View Chiropractic PLL, 19102 State Route 410 E, Ste A, Bonney Lake, WA 98391-8449 |
| 15666794 | ++ | PROFESSIONAL ACCOUNT SERVICES INC, PO BOX 188, BRENTWOOD TN 37024-0188 address filed with court:, Professional Account Service, Re:, P.O. Box 188, Brentwood, TN 37024-0000 |
| 15666795 | + | Southern Gold Limited, 5307 Brainerd Rd., Chattanooga, TN 37411-5304 |
| 15666796 | + | The Bank of Monroe, PO Box 219, Union, WV 24983-0219 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@bolemanlaw.com | Jun 02 2021 04:48:00 | Amanda DeBerry Koehn, Boleman Law Firm, PC, P.O. Box 11588, Richmond, VA 23230-1588 |
| tr | + | Email/Text: station01@richchap13.com | Jun 02 2021 04:49:00 | Carl M. Bates, 341 Dial 866-813-0912 Code: 8576180, P. O. Box 1819, Richmond, VA 23218-1819 |
| 15666778 | + | Email/Text: bankruptcy@usecapital.com | Jun 02 2021 04:53:00 | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |
| 15666779 | + | EDI: CAPONEAUTO.COM | Jun 02 2021 07:38:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 15666782 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2021 04:57:16 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15666785 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 02 2021 04:54:17 | Exeter Finance Corp, PO Box 166097, Irving, TX 75016-6097 |
| 15666786 | | Email/Text: bankruptcynotification@ftr.com | Jun 02 2021 04:52:00 | Frontier Communications, 19 John Street, Middletown, NY 10940-4918 |
| 15666788 | | EDI: JEFFERSONCAP.COM | Jun 02 2021 07:43:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303-0000 |
| 15666793 | | Email/Text: bankruptcy@ncaks.com | Jun 02 2021 04:49:00 | National Credit Adjusters, Re: Bankruptcy, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 15666794 | | Email/Text: pasi_bankruptcy@chs.net | Jun 02 2021 04:49:00 | Professional Account Service, Re:, P.O. Box 188, Brentwood, TN 37024-0000 |

District/off: 0422-7 | User: stehlem | Page 2 of 2
Date Rcvd: Jun 01, 2021 | Form ID: 309I | Total Noticed: 23
TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda DeBerry Koehn | on behalf of Debtor Kortney Leigh Ormsbee Hayes ecf@bolemanlaw.com  ecfbackup@bolemanlaw.com |
| Carl M. Bates | station01@richchap13.com  station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 3